IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

In re:                                    )         Case No:
    PHILIP M. RHOADES            )
                                          )
    Debtor.                       )         Chapter 13

## CHAPTER 13 PLAN

1. The future earnings of the debtors are submitted to the supervision and control of the Chapter 13 Trustee and the debtor, or the debtor's employer, shall pay to the Trustee the sum of **$1,304.00 per month for 2 months, then $1,000.00 per month for 34 months**, or until completion of the Chapter 13 Plan. The total payments to the Trustee shall total $36,608.00.

2. From the payments so received the Trustee shall make disbursements as follows:

**PRIORITY CLAIMS:**

    The following claims are entitled to priority under 11 U.S.C. 507 in the following amounts:

Attorney fees: $2,199.00.   Payment of attorney's fees will be paid pursuant to 11 U.S.C. Section 1326 (a), and as further allowed by the Court.

The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. Section 586 (e).

Pay any payments for:

| | |
|---|---|
| Real Estate Taxes; | NONE |
| Internal Revenue Service; | NONE |
| Illinois Department of Revenue; | NONE |

The trustee shall pay all court costs billed to the trustee by the Clerk of the Bankruptcy Court.

BACK CHILD SUPPORT

Pay priority claims allowed under 11 U.S.C. section 507 in full, Estimated as follows:

**Creditor**                                                   **Claim Amount**

    **SECURED DEBTS:**

From the payments received the trustee will pay the following secured creditors with interest of 6.5%:

| Name of Creditor | Collateral | Principal Amount To Be Paid |
|---|---|---|
| *Farmers State Bank* | *2005 Chevrolet Cavalier* | *$3,650.00* |
| *Dell Financial Services* | *2009 Dell PC Computer* | *$200.00* |

Pay arrearage on debt secured by liens on residence in equal monthly payments during first _____ months of plan, estimated as follows:

**Name**                                                       **Arrearage**


Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows to be paid by the Trustee:

**Name of Creditor**           **Monthly Payment**


The only remaining secured debts of the debtors are as follows and will be paid directly by debtors:

**Name of Creditor**           **Collateral**           **Principal Amount To Be Paid**


Debtors proposed to return the following collateral to the following secured creditors and to include any deficiency balance pursuant to the loan as an unsecured claim.

**Creditor**                                                   **Collateral**

2

**UNSECURED CLAIMS:**

From the payments received by the trustee, after payment of priority claims and secured claims, the trustee should have available approximately $25,100.00, which will be paid pro-rata to unsecured claims. The anticipated dividend to unsecured creditors would be 100%. *This percentage is subject to change if additional attorney fees are approved by the Court.*

Debtors to request avoidance of lien of the following as non-purchase money secured by consumer goods; to be paid as unsecured debt:

| **CREDITOR** | **SECURED CLAIM** | **DESCRIPTION OF PROPERTY** |
|---|---|---|
| | | |

3. The trustee shall make no payment in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $15.00.

4. The effective date of this Plan will be the date of the Order confirmation the Plan.

5. Property of the estate will vest in the debtors at the time of confirmation of the Plan, unless otherwise stated in the order confirming the Plan.

6. The Debtors' are required to provide to the Trustee copies of both the federal and state income tax returns, including all schedules filed, within fifteen (15) days of filing and in no case later than April 30th of each year if the Plan.

Dated: 10/5/11

_____
**Philip M. Rhoades, Debtor**